No. 86–437. DABISH, EXECUTRIX OF THE ESTATE OF DABISH *v.* CHARTER ARMS CORP. C. A. 6th Cir. Certiorari denied.

No. 86–439. CENTURY BRASS PRODUCTS, INC. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–441. CHICAGO SYSTEMS SOFTWARE ET AL. *v.* EVANS NEWTON, INC. C. A. 7th Cir. Certiorari denied.

No. 86–447. DAWN DEVELOPERS, INC., ET AL. *v.* REAL ESTATE CORPORATION OF FLORIDA, N. V. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 86–449. CITY OF WILDWOOD *v.* ANELA ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–452. DIXON *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 86–454. MCI TELECOMMUNICATIONS CORP. *v.* KELLERMAN, DBA AUTHORIZED SALES & SERVICE, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 86–456. AHMAD *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 86–457. RICHARDSON *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 86–462. KAISER CEMENT CORP. *v.* FISCHBACH & MOORE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–463. FIORELLO ET AL. *v.* EATON CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–464. MARTORI BROS. DISTRIBUTORS ET AL. *v.* JAMES-MASSENGALE ET AL. C. A. 9th Cir. Certiorari denied.